# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00746-CV

### Allstate Insurance Company, Allstate Indemnity Company and Allstate Texas Lloyds, Appellants

### v.

### The Texas Commissioner of Insurance and The State of Texas, Appellees

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. GN503652, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

### &

## NO. 03-05-00695-CV

### In re Allstate Insurance Company, Allstate Indemnity Company and Allstate Texas Lloyds

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Allstate Insurance Company, Allstate Indemnity Company, and Allstate Texas Lloyds, appellants and relators, have filed unopposed motions to dismiss the appeal and the original proceeding. We grant the motions and dismiss both the appeal and the petition for writ of mandamus. Tex. R. App. P. 42.1(a).

 

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Appellants' Motion

Filed:   April 17, 2006